THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Larry Hunter, Jr.,       
Appellant.
 
 
 

Appeal From Florence County
R. Markley Dennis, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2005-UP-104
Submitted February 1, 2005  Filed February 
 10, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all 
 of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Larry Hunter, Jr. appeals his 
 guilty plea to armed robbery.  Counsel for Hunter attached to the final brief 
 a petition to be relieved as counsel.  Hunter did not file a separate pro se 
 response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Hunters 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL, JJ., concur.